AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Sergio Rodrigo Mendez Mendizabal<br><br>*Defendant* | )<br>)  Case No.  21-mj-6320-AOV<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Sergio Rodrigo Mendez Mendizabal                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

Date:   05/20/2021

[Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By: T. Shotwell, Deputy Clerk
Date: May 20, 2021]

*Issuing officer's signature*

City and state:    Fort Lauderdale, Florida                    Hon. Alicia O. Valle, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)*  5/21/2021
at *(city and state)*   Naples, FL                    .

Date:   05/21/21

*Arresting officer's signature*

Matthew Rodriguez  Special Agent
*Printed name and title*