UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:21-mj-1073-MRM

SERGIO RODRIGO MENDEZ
MENDIZABAL

| Judge | Mac R. McCoy | Counsel for Government | Shannon Laurie |
|---|---|---|---|
| Deputy Clerk | Wendy Winkel | Counsel for Defendant | Jim Lappan |
| Court Reporter | Digital | Pretrial/Probation | Ruben Fournier |
| Date/Time | May 21, 2021 5:14 – 5:34 PM | Interpreter | Leon Fontova |
| Bench Time | 20 minutes | | |

## INITIAL APPEARANCE RULE 5-C

Court advised defendant of rights. Defendant, through his counsel, consents to this hearing being conducted by videoconference.

Federal Public Defender appointed for proceedings in the Middle District of Florida based on financial inquiry of the Court.

Government is seeking Detention. Defendant waives Identity Hearing and Detention Hearing in this District. Defendant waives production of the warrant. Court explains the transfer rights of the Defendant.

Oral Order as required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instruction, dismissal of charges and contempt proceedings.

Court orders defendant detained without prejudice and removed to the Southern District of Florida.